```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC KENT ANGELL, | CASE NO. 2:10-CV-02544-GGH P |
| Plaintiff, | ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME |
| v. | |
| RICHARD IVES, Warden | |
| Defendant(s). | |

On January 14, 2011, respondent requested a 10-day extension of time to file his response to Angell's petitioner under 28 U.S.C. § 2241.

IT IS HEREBY ORDERED, that respondent's request for a 10-day extension is granted. The response is now due January 28, 2011. No further extensions will be approved.

DATED: January 20, 2011

/s/ Gregory G. Hollows
_____
HON. GREGORY G. HOLLOWS
United States Magistrate Judge

ange2544.eot2