IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC KENT ANGELL,

        Petitioner,               No. CIV S-10-2544 GGH P

   vs.

RICHARD B. IVES, Warden,

        Respondent.         ORDER

_____/

        Petitioner, a federal prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, has requested this action be dismissed without prejudice. On February 24, 2011, this court ordered respondent to notify the court whether he had any objection to the dismissal of this action. On March 3, 2011, respondent filed a statement of non-opposition to plaintiff's request for dismissal. See Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254. The parties have consented to this court's jurisdiction.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's motion for withdrawal (Doc. #18) is granted pursuant to Fed. R. Civ. P. 41(a); and

        2. The Clerk of Court shall close this action.

DATED: March 21, 2011

        /s/ Gregory G. Hollows

        GREGORY G. HOLLOWS
        UNITED STATES MAGISTRATE JUDGE